# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-0594
_____

CHASE ANDERSON ROMAGNANO,

Petitioner,

v.

JAMES CORDRAY BYRD, Secretary
of State of Florida,

Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

April 25, 2024

PER CURIAM.

DISMISSED.

B.L. THOMAS, ROWE, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Chase Anderson Romagnano, pro se, Petitioner.

No appearance for Respondent.